## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-46 |
| ) | |
| RODELL A. WALKER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Rodell A. Walker (DE # 15), filed on July 31, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Rodell A. Walker's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

A sentencing hearing shall take place on Thursday, December 11, 2008, at 12:30 p.m.

**DATED: August 18, 2008**         /s/RUDY LOZANO, Judge
                                    **United States District Court**